UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROYAL DOUGLAS ROBINSON, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:18-CV-0285-B |
| ) | |
| COURTNEY FERREIRA, ) | |
|     Defendant. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims will be dismissed with prejudice as frivolous under 28 U.S.C. §§ 1915A(b) and 1915(e)(2)(B) until he satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994).

**SIGNED this 21st day of June , 2019.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE